## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Amber Hardtke,** | **Court File No. 21-cv-2733 (ECT/LIB)** |
| **Plaintiff,** | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM** |
| vs. | |
| **City of East Grand Forks, et al.,** | |
| **Defendants.** | |

I, Zorislav R. Leyderman, certify that Plaintiff's Memorandum complies with Local Rule 7.1(f) and (h). I further certify that in preparation of this memorandum, I used Microsoft Word 2023 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 10,046 words and is prepared in a proportionally spaced typeface using 13-point Times New Roman Font.

THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

Dated: June 24, 2024         By: s/ Zorislav R. Leyderman
                                 ZORISLAV R. LEYDERMAN
                                 Attorney License No. 0391286
                                 Attorney for Plaintiff
                                 The Law Office of Zorislav R. Leyderman
                                 80 South 8th Street, Suite 900
                                 Minneapolis, MN 55402
                                 Tel: (612) 876-6626
                                 Email: zrl@ZRLlaw.com